IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 05-51
)
RODERICK C. ADAMS )

**ORDER OF COURT**

AND NOW, this 10th day of July, 2006, upon consideration of the foregoing Motion to Extend Geographical Conditions of Release, it is hereby ORDERED, ADJUDGED AND DECREED that the Motion is GRANTED; it is FURTHER ORDERED that the defendant may travel to Atlanta, Georgia departing Pittsburgh on Sunday, July 16, 2006, and returning to Pittsburgh on Saturday, July 22, 2006.  Mr. Adams shall maintain contact with Pretrial Services as directed by them.

_____
Gary L. Lancaster
United States District Judge

cc: Counsel of Record
    U.S. Pretrial Services