IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RODERICK C. ADAMS,  )
    Petitioner  )
  v.  )  Civil Action No. 09-0195
   )  (Criminal No. 05-51)
UNITED STATES OF AMERICA,  )
    Respondent  )
   )

ORDER

AND NOW, this 24th day of March, 2009, in consideration of the petitioner's motion pursuant to 28 U.S.C. § 2255, and the government's response thereto, it is hereby ORDERED, ADJUDGED, AND DECREED, that the petition is DENIED.

The issue which petitioner raises here was addressed and decided by the Court of Appeals for the Third Circuit on direct appeal. Section 2255 "may not be employed to re-litigate questions which were raised and considered on direct appeal." U.S. v. DeRewal, 10 F.3d 100, 105 n.4 (3d Cir. 1993). A certificate of appealability is denied.

                                    Gary L. Lancaster
                                    United States District Judge

cc:  Parties of record